DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LATEESIA LAFAYE JORDAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3873

[May 14, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Hon. Robert B. Meadows, Judge; L.T. Case No. 312024CF001024AXXXVB.

Daniel Eisinger, Public Defender, and Siobhan Shea, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***